DECLARATION OF ALKA SAGAR

I, ALKA SAGAR, hereby declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California assigned to handle the government's response to the defendant's motion under 28 U.S.C. § 2255. I was also assigned to the investigation, trial and attendant appeal of this case.

2.  I have personal knowledge of the factual and procedural background of this case as set forth in this government's ex parte application.

3.  In his petition, defendant alleges that Gregory Nicolaysen, the attorney who represented him at trial and sentencing, was ineffective in the following manner: (1) failing to request a mistrial due to an effective misjoinder by not requesting a mistrial after the jury returned a not guilty verdict on the charge of using and carrying a firearm during and in relation to a crime of violence; (2) failing to object to or suppress evidence of a suggestive identification procedure relating to co-defendant Hill's identification of defendant; and (3) failing to appeal his conviction as he had promised to. Defendant also claims that he was unable to file his petition in a timely manner because he was not aware that his direct appeal had been denied until December 2006, due to his counsel's failure to inform him of this fact and further claims that his counsel affirmatively misled him into believing that his appeal was still

pending. Finally, defendant claims that his counsel has not turned over his files and records relating to this case thus impairing his ability to file a substantive motion pursuant to 28 U.S.C. § 2255.

4. I have notified Mr. Nicolaysen about defendant's claims and will be sending a copy of defendant's petition to him concurrently with a copy of this filing. Mr. Nicolaysen informed me that he would discuss the defendant's allegations with me after I had obtained a court order authorizing him to disclose attorney-client communications pertaining to defendant's allegations with me. I agreed to seek such an order.

5. Because defendant's allegations have put at issue the effectiveness of the representation provided to him by Mr. Nicolaysen, defendant has waived the attorney client privilege to the extent it would apply at all, as to all communications and documents relating to the subjects of those allegations. In recognition of this waiver, the government seeks an order authorizing Mr. Nicolaysen to disclose to and discuss with the government all communications and documents contained in his files, as well as any other oral or written communications that he may remember, relating in any way to the issues which defendant has raised in his petition.

6. Because defendant is in custody, I was unable to contact him to obtain his position on this _ex parte_ application. I will notify defendant of this _ex parte_ application by serving him with a copy of this application by mail.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on December 19, 2007 in Los Angeles, California.

_____
Alka Sagar