Erik-Damon; Boyd [16087-112]
c/o [Federal Correction Institution]
    P.O. Box 9000
    Safford, Arizona state
    Near [85548]



In The District Court For The United States Of America

District of California

| | |
|---|---|
| ERIK DAMON BOYD, | ) Case No(s). CV-07-4372-AHS |
| | )              CR-99-1007(D)-AHS |
| Petitioner, | ) |
| vs. | ) MOTION REQUEST FOR **ALL** DOCUMENT(s), |
| | ) TRANSCRIPT(s), CONTRACT(s), PRE- |
| UNITED STATES OF AMERICA, | ) INVESTIGATION REPORT(s), and any- |
| | ) thing that was presented on the re- |
| Respondent. | ) record(s) with Case No(s). above |
| | ) |

    Comes now ERIK DAMON BOYD with this Motion Request for All Document(s), Transcript(s), Contract(s), Pre-Investigation Report(s), and anything that was presented on the record(s) with Case No(s) referenced above in the Interest Of Justice.

    Petitioner Respectfully Request these Documents for petitioners remedy of restraint protected by the Constitution for the United States. Quod per recordum probatum, non debet esse negatum. What is proved by the record shall not be denied.

    Furthermore, The examination of these document(s) are pursuant and protected by the Constitution for the United States. Please send all document(s) to the address referenced above.

Respectfully Submitted this 17th day of March, 2008

                                    Locus Sigilli By: *Erik D. Boyd*
                                                      Erik-Damon; Boyd
                                                      real party in interest
                                                      under injury

Erik-Damon; Byod [16087-112]
c/o [Federal Correctional Institution]
P.O. Box 9000
Safford, Arizona state
Near [85548]

RECEIVED

2008 MAR 25 AM 8:02

CHIEF JUDGE STOTLER - SA

MAR 20 2008

Clerk of the Court Offices
U.S. District Courthouse
Central District of California
312 North Spring Street
Los Angeles, CA 90012