**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

CIVIL MINUTES - GENERAL

Case No.: CV 07-4372 AHS                    Date: July 22, 2008
         CR 99-1007 AHS

Title:    United States of America v. Erik Damon Boyd
===================================================================

**PRESENT**: **HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

        Ellen Matheson                    Not Present
        Deputy Clerk                      Court Reporter

**ATTORNEYS PRESENT:**  None present

**PROCEEDINGS:**    (IN CHAMBERS) ORDER DENYING AS MOOT PETITIONER'S
                    "MOTION FOR DECLARATORY JUDGMENT"


        On May 30, 2008, defendant Erik Damon Boyd
("petitioner") filed a "Motion for Declaratory Judgment,"
requesting a judgment in his favor on his July 5, 2007 Motion to
Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255
("2255 Motion").

        On July 21, 2008, the Court denied petitioner's 2255
motion.  Accordingly, petitioner's instant Motion for Declaratory
Judgment is denied as moot.

        The clerk shall serve this minute order on government
counsel and petitioner at his last known place of incarceration.


**MINUTES FORM 11**                      **INITIALS OF DEPUTY CLERK sdm**
**CIVIL - GEN     CO            D - M**
O:\ECF Ready\CV.07-4372.MO.DenyingasMootMotionforDeclJudgm.wpd